PROVIDENT SAVINGS LIFE ASSURANCE SOCIETY V. CITY OF OMAHA ET AL.

FILED JUNE 9, 1904.   No. 13,615.

ORIGINAL action to cancel municipal taxes.   *Dismissed.*

*John J. Sullivan, Montgomery & Hall* and *Greene, Breckenridge & Kinsler,* for plaintiff.

*C. C. Wright, contra.*

AMES, C.

This case differs from that of *Aachen & Munich Fire Ins. Co. v. City of Omaha, ante,* p. 112, only in the circumstance that the plaintiff is a life insurance company instead of a fire insurance company. It is unnecessary to repeat our reasons for recommending that the action be dismissed at the costs of the plaintiff.

LETTON and OLDHAM, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, it is ordered that the action be dismissed at the costs of the plaintiff.

DISMISSED.